NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD K. SHOEMAKE,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2015-7005

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-196, Judge Coral Wong Pietsch.

---

Decided: September 14, 2015

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

RENEE GERBER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ALEXANDER ORLANDO CANIZARES, SCOTT D. AUSTIN, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; MARTIE ADELMAN, DAVID J. BARRANS, Office of General Counsel,

United States Department of Veterans Affairs, Washington, DC.

_____

Before DYK, TARANTO, and HUGHES, *Circuit Judges.*

PER CURIAM.

The case is dismissed for lack of jurisdiction. 38 U.S.C. § 7292(d)(2).

**DISMISSED**